IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02594–EWN–MJW

JOHN WALKER,

    Plaintiff,

v.

MOUNTAIN WINE DISTRIBUTING CO.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Motion to Dismiss" filed January 30, 2006. The court having read the motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 30th day of January, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge